

**R.T., Plaintiff–Appellant,**

v.

**N.G.S.C.; J.O.; E.M., Defendants–
Appellees.**

No. 08–1384.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2009.

Decided: March 10, 2009.

R.T., Appellant Pro Se. Adam Harrison
Garner, Robert Ross Niccolini, McGuire-
woods, LLP, Baltimore, Maryland, for Ap-
pellees.

Before MICHAEL, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

R.T. appeals the district court's order
denying his petition to vacate in part and
confirm in part an arbitrator's final award
and his petition to vacate a second arbitra-
tor's order dismissing the claims raised in
a subsequent arbitration action as barred
by res judicata. We have thoroughly re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *R.T. v.
N.G.S.C.*, Nos. 1:06–cv–01196–RDB; 1:07–
cv–01079–RDB (D.Md. Feb. 26 & 27,
2008). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*